```
 1 | DAVID H. BARTICK
     LAW OFFICES OF DAVID H. BARTICK
 2 | Certified Specialist, Criminal Law
     California State Bar No. 126132
 3 | 101 West Broadway, Suite 1950
     San Diego, California 92101-8220
 4 | Telephone: (619) 231-8900
 5 | Attorney for Defendant
     Jesus Torres, Jr.
 6
 7
```

FILED

06 OCT 12 PM 1:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr., Judge)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR0738-GT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EX-PARTE APPLICATION FOR: |
| v. | ) | ADDITIONAL INTERPRETER FEES |
| | ) | WITH SUPPORTING DECLARATION |
| JESUS TORRES, JR., | ) | OF DAVID H. BARTICK AND |
| | ) | PROPOSED ORDER THEREON |
| Defendant. | ) | |

COMES NOW, JESUS TORRES, JR., by and through his attorney, DAVID H. BARTICK, and hereby requests the Court to allow the payment of interpreter fees in excess of the $500.00 pursuant to Title 18 U.S.C. section 3006A(e)(2)(B).

This request is based upon the Declaration of DAVID H. BARTICK and all pleadings in the matter herein.

### DECLARATION OF DAVID H. BARTICK

I, DAVID H. BARTICK, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Jesus Torres, Jr.. Mr. Torres was charged with 8 U.S.C. §1324(a)(2)(B)(iii), alien smuggling.

2. My client Mr. Torres is Spanish speaking, and I have enlisted the services of Tere Cox, a private interpreter to enable me to communicate with Mr. Torres.

3. I have been informed by Ms. Cox that she has utilized the $500.00 which is authorized

under 18 USC §3006A, and that she has expended a total of 17.80 hours of interpreting services. Ms. Cox not only assisted me in communicating with Mr. Torres, but she also assisted with my communication with Mr. Torres' family. Therefore, because Ms. Cox's services were essential to the adequate representation of my client, it is respectfully requested that this Court authorize an additional $328.50 for interpreting services, for a total amount of $828.50.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 25th of September 2006.

DAVID H. BARTICK
Appointed Counsel for Defendant
Jesus Torres, Jr.

## ORDER

GOOD CAUSE APPEARING, it is hereby authorized and ordered that extraordinary expenses not to exceed an additional $328.50, for a total amount of $828.50, are approved at this time for interpretive services.

**IT IS SO ORDERED.**

Dated: 10-11-06

GORDON THOMPSON, JR.
United State District Court Judge